# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

**v.**

**LUIS BEDOYA**

FILED UNDER SEAL

Case Number: **15-CR-569 (RJD)**

CONSENT TO HAVE A PLEA TAKEN
BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant, Luis Bedoya

_____
U.S. Attorney Robert L. Capers
By AUSA M. Kristin Mace

_____
Defendant's Attorney
Matthew Myers, Esq.

Dated: Brooklyn, New York
        November 12, 2015

Before: _____
United States Magistrate Judge
Robert M. Levy