# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL** |
| V. | **WAIVER OF INDICTMENT** |
| LUIS BEDOYA | Case Number: <u>15-569 (RJD)</u> |

I, <u>LUIS BEDOYA</u>, the above named defendant, who is accused of

*Racketeering conspiracy, in violation of 18 U.S.C. § 1962(d), one count of wire fraud conspiracy, in violation of 18 U.S.C. § 1349*

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on November 12, 2015 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**Defendant**

**Counsel for Defendant**

**Before:** _____
Judicial Officer