CRIMINAL CAUSE FOR PLEADING

BEFORE: MAGISTRATE JUDGE LEVY          DATE: Nov. 12, 2015

__15 CR 569__                          United States v. Luis Bedoya

DEFENDANT: Luis Bedoya

    _X_ present ___ not present    ___ cust.    ___ bail

DEFENSE COUNSEL: Matthew D. Myers

    _X_ present ___ not present    ___ CJA  _X_ RET  ___ FD

AUSA: Kristin Mace                     CLERK: Jared Goldman

INTERPRETER: Maristela Verastegui

COURT REPORTER: Linda Marino

_X_ CASE CALLED              _X_ DEFT'S FIRST APPEARANCE
DEFT: _X_ SWORN  _X_ ARRAIGNED  _X_ INFORMED OF RIGHTS

_X_ WAIVER OF INDICTMENT FILED
_X_ INFORMATION FILED
_X_ DEFT ENTER GUILTY PLEA TO COUNTS 1,2
    OF THE INFORMATION
___ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO
    COUNT(s) _____ OF THE (SUPERSEDING) INDICTMENT/INFORMATION
_X_ COURT FINDS FACTUAL BASIS FOR THE PLEA
_X_ SENTENCING CONTROL DATE June 24, 2016      AT 10AM
    BEFORE J. Dearie
___ SENTENCING TO BE SET BY PROBATION
___ BAIL: ___ SET    ___ CONT'D FOR DEFT.    ___ CONT'D IN CUSTODY
___ CASE ADJOURNED TO _____ AT _____
___ (SEALED) TRANSCRIPT ORDERED
_X_ Bond issued.

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and

Case 1:15-cr-00569-RJD   Document 7   Filed 11/12/15   Page 2 of 2 PageID #: 38

**voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.**