UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x
United States of America

   -v-

NOTICE OF APPEARANCE
Docket Number: 15 CR 569 (RJD)
Date: 11/12/15

*John Doe*
----------------------------------------x

PLEASE NOTICE THAT I HAVE BEEN RETAINED BY

_Matthew D. Myers_ THE ABOVE NAMED DEFENDANT.

I WAS ADMITTED TO PRACTICE IN THIS DISTRICT ON _____.

Signature: *M. Myers*

Print Name: Matthew D. Myers

Bar Code: 2418606

Office Address: 299 Broadway - Suite 200
NY NY 10007

Phone Number: (212) 986-5900

**PLEASE ATTACH YOUR BUSINESS CARD.**

****NOTICE TO ATTORNEY****

BAR CODE: THE ATTORNEY'S INITIALS AND LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER MUST APPEAR ON ALL PLEADINGS.

WITHIN 20 DAYS YOU MUST SUBMIT TO THE CLERK OF THE COURT A GOOD STANDING CERTIFICATE FROM AT LEAST ONE OF THE STATES IN WHICH YOU ARE ADMITTED TO PRACTICE. (See amended Rule 1 of the Joint Criminal Rules Of The Eastern And Southern Districts of New York.)