

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM
F. #2015R01826

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 17, 2015

By Hand

**FILED UNDER SEAL**

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Luis Bedoya
               Criminal Docket No. 15-CR-569 (RJD) (RML)

Dear Judge Dearie:

        On November 12, 2015, defendant Luis Bedoya pleaded guilty to an information in the above-captioned case. The plea was taken by Magistrate Judge Robert M. Levy. Copies of the following materials are attached hereto for the Court's reference: the information (Exhibit A); the plea agreement (Exhibit B); and the transcript of the defendant's guilty plea (Exhibit C). The government respectfully requests that the Court accept the defendant's guilty plea. The government has enclosed a proposed order as Exhibit D.

                             Respectfully submitted,

                             ROBERT L. CAPERS
                             United States Attorney

                By:     /s/ M. Kristin Mace
                             M. Kristin Mace
                             Assistant U.S. Attorneys
                             (718) 254-6879

Cc:    Counsel to the defendant (by email)
        Matthew Myers, Esq.
        299 Broadway, Suite 200, New York, NY 10007
        mdm@msgjustice.com
        Tel: 212-986-5900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

          - against –

LUIS BEDOYA,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

S E A L E D
O R D E R

15 CR 569 (RJD) (RML)

       Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney M. Kristin Mace, and after review of the transcript of the guilty plea of the defendant LUIS BEDOYA dated November 12, 2015, before United States Magistrate Judge Robert M. Levy, I hereby adopt the recommendation of United States Magistrate Judge Robert M. Levy and accept the defendant LUIS BEDOYA's plea of guilty to the information. I find that the plea was made knowingly and voluntarily and that there is a factual basis for the plea.

Dated:    Brooklyn, New York
           11/18/ , 2015

                                       S/ Raymond J. Dearie
                                       THE HONORABLE RAYMOND J. DEARIE
                                       UNITED STATES DISTRICT JUDGE
                                       EASTERN DISTRICT OF NEW YORK