Hon. Pamela K. Chen                                September 21, 2017
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

USA v. Bedoya
15 CR 569

Dear Judge Chen:

I write to respectfully request that the sentencing date for my client, defendant Luis Bedoya, currently set for September 25, 2017, be adjourned three months to December 20, 2017. I have consulted with the Government, which consents to this request.

                                              Respectfully submitted,

                                              /s/ M. Myers
                                              Matthew D. Myers
                                              Counsel for Luis Bedoya