**BY ECF**
Hon. Pamela K. Chen                                January 2, 2017
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

<u>USA v. Bedoya</u>
15 CR 569

Dear Judge Chen:

I write to respectfully request that the sentencing date for my client, defendant Luis Bedoya, currently set for January 5, 2018 be adjourned three months to April 6, 2018. I have consulted with the Government, which consents to this request.

                                                             Respectfully submitted,

                                                             <u>/s/ M. Myers</u>
                                                             Matthew D. Myers
                                                            Counsel for Luis Bedoya