**Myers & Galiardo,**LLP  *Attorneys at Law*

**Chrysler Building**
405 Lexington Ave. 64th Fl.
New York, NY 10174

Tel: 212-986-5900
Fax: 212-986-6250

October 2, 2018

Hon. Pamela K. Chen
United States District Court
225 Cadman Plaza East Brooklyn, NY 11201

**USA v. Bedoya 15 CR 569 (PKC)**

Dear Judge Chen:

I write to respectfully request that the sentencing date for my client, defendant Luis Bedoya, currently set for October 19, 2018 be adjourned six months to April 19, 2019. I have consulted with the Government, which consents to this request.

                                         Respectfully submitted,
                                         /s/ M. Myers
                                         Matthew D. Myers
                                         Counsel for Luis Bedoya