

Myers & Galiardo, LLP

Chrysler Building
405 Lexington Ave., 64th Fl.
New York, NY 10174

Attorneys at Law

Tel: 212-986-5900
Fax: 212-986-6250

**BY ECF**

Hon. Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

April 16, 2019

**USA v. Bedoya**
**15 CR 569 (PKC)**

Your Honor:

Dear Judge Chen:

    Because of some unique circumstances in this matter involving the co-defendants I write to respectfully request that the sentencing date for my client, defendant Luis Bedoya, currently set for April 19, 2019 be adjourned six months to October 25, 2019. I have consulted with the Government, which consents to this request.

Respectfully,

Matthew D. Myers