

**Myers & Galiardo, LLP**                                           *Attorneys at Law*

**Chrysler Building**
405 Lexington Ave. 64th Fl.                                         Tel: 212-986-5900
New York, NY 10174                                                  Fax: 212-986-6250

**BY ECF**

Honorable Pamela K Chen                                             October 6, 2019
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**USA v. Bedoya  15 CR 569 (PKC)**

Dear Judge Chen:

Because of some unique circumstances in this matter involving the codefendants I write to respectfully request that the sentencing date for my client, defendant Luis Bedoya, currently set for October 11, 2019 be adjourned six months to April 17, 2020. I have consulted with the Government, which consents to this request.

                                                                    Respectfully submitted,
                                                                    /s/ M. Myers
                                                                    Matthew D. Myers
                                                                    Counsel for Luis Bedoya