

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

October 18, 2021

Hon. Pamela K. Chen
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

### USA v. Bedoya 15 CR 569 (PKC)

Dear Judge Chen:

I write to respectfully request that the sentencing date for my client, defendant Luis Bedoya, currently set for October 22, 2021 be adjourned six months. I have consulted with the Government, which consents to this request.

Respectfully submitted,
/s/ Matthew D. Myers
Counsel for Luis Bedoya

N • Y • C